2010-61602
FILED
March 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003353721

**2**

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-2351
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

MARIO FLORES
and DIANA L. LOPEZ,

        Debtors.

SHERYL ANN STRAIN,

        Trustee,
_____/

Bk. No. 10-61602

Motion No. PPR-1

CHAPTER 7

Hearing-
Date : March 15, 2011
Time : 10:00 a.m.
Place : U.S. Bankruptcy Court
        2500 Tulare Street
        Fresno, CA
        Dept. A. Courtroom 11

ORDER VACATING AUTOMATIC STAY

        The Motion for Relief from Automatic Stay U.S. Bank, N.A., its assignees and/or successors in interest, came on for hearing on March 15, 2011 at 10:00 a.m. before the Honorable Whitney Rimel. Appearances were waived as no timely responses were filed.

        The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

1

RECEIVED
March 17, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003353721

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to the subject Property, and Secured Creditor shall be allowed to commence or complete its foreclosure and thereafter take possession of the real property, located at **1766 West Date Avenue, Porterville, California** ("Property").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that as to the Chapter 7 Trustee, Sheryl Ann Strain, the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately vacated and extinguished with respect to Secured Creditor's interest in the subject Property, generally described as **1766 West Date Avenue, Porterville, California**.

Dated:

Mar 17, 2011

_____
United States Bankruptcy Judge